# IN THE SUPREME COURT OF THE STATE OF NEVADA

MILYONE LEE SEWELL,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 75637

**FILED**

JUL 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order revoking probation and amended judgment of conviction. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Given this order, we take no action on the motion for an extension of time filed on June 21, 2018.

18-24899

cc:    Hon. Joseph T. Bonaventure, District Judge
        The Law Office of Daniel M. Bunin
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk